UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HILLS HOWARD,

            Plaintiff,

v.

Case No. 11-10897

HONORABLE AVERN COHN

CHASE HOME FINANCE, LLC,

            Defendant.

_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on August 02, 2012, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: August 2, 2012        By: s/Julie Owens
                                            Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 2, 2012, by electronic and/or ordinary mail.

                                            S/Julie Owens
                                            Case Manager, (313) 234-5160